UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 245 IM |
| v. | INFORMATION |
| JENNIFER LYNN KRISTIANSEN, | 18 U.S.C. § 111(a)(1)<br>41 C.F.R. § 102-74.385 |
| Defendant. | 40 U.S.C. § 1315 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a)(l))

On or about July 21, 2020, in the District of Oregon, defendant **JENNIFER LYNN KRISTIANSEN** did forcibly assault Agent Victim 1 (AVl), a person designated as a federal officer under 18 U.S.C. § 1114, while AVl was engaged in, and on account of the performance of, AV l's official duties;

In violation of Title 18, United States Code, Section 111 (a)(l ), a Class A Misdemeanor.

### COUNT 2
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about July 21, 2020, in the District of Oregon, defendant **JENNIFER LYNN KRISTIANSEN** did willfully enter in and on federal property, to wit: the grounds of the Mark

O. Hatfield Federal Courthouse, and failed to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney