UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00245-IM |
| v. | ORDER DISMISSING COUNT 1 OF INFORMATION WITH PREJUDICE |
| JENNIFER LYNN KRISTIANSEN, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss with prejudice Count 1 of the Information, charging the defendant with violating Title 18, United States Code, Section 11(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that Count 1 of the Information, charging the defendant with violating Title 18, United States Code, Section 111(a)(1) in the above-captioned matter is DISMISSED with prejudice.

Dated: October 14th, 2020

*Karin J. Immergut*
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney