UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00245-IM |
| v. | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| JENNIFER LYNN KRISTIANSEN, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss without prejudice the remaining counts in the Information, charging the defendant with violating 41 C.F.R. § 102-74.385, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Information, charging the defendant with violating 41 C.F.R. § 102-74.385 in the above-captioned matter is DISMISSED without prejudice.

Dated: December __31st__ 2020

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney