BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00245-IM |
| v. | **AMENDED MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JENNIFER LYNN KRISTIANSEN,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the remaining count of the Information filed July 21, 2020, charging defendant with Failing to Obey a Lawful Order.

The government seeks this dismissal in the interests of justice.

Dated: January 20, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney